James M. E. O'Grady, as Executor, etc., Respondent, v. Howe & Rogers Company and Others, Appellants.— Motion to add to present calendar denied, without costs.

Cora E. Slater, Respondent, v. Corning and Painted Post Street Railway, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Bertha J. Eysaman (Formerly Bertha J. Nelson), Individually and as Executrix, etc., Respondent, v. Walter Nelson and Others, Appellants.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented; Merrell, J., not sitting.

John Sullivan, Respondent, v. City of Syracuse, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented upon the grounds: (1) That the work in which the plaintiff was engaged was the performance of a governmental function and not such as to render the defendant liable for the negligence complained of or to bring the defendant within the provisions of the Labor Law;* and (2) that in any event the verdict is against the weight of the evidence.

Thomas A. Bissell, Respondent, v. William C. Cornwell, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Foote and Lambert, JJ., who dissented upon the ground that the delay of over eleven years by the executors in moving to be substituted for the deceased plaintiff is gross laches for which no sufficient excuse is shown.

Ella A. Pixley, Appellant, v. Commercial Travelers Mutual Accident Association of America, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, P. J., and Lambert, J., who dissented upon the ground that the evidence presented questions of fact for the jury.

Alexander Bach, Appellant, v. Western Transit Company, Respondent. — Judgment affirmed, with costs. Held, that the plaintiff's right of compensation is furnished by the maritime law only, and, therefore, all remedies under the State law* are excluded. All concurred.

John Seifert, Respondent, v. James Donohue, Appellant.— Judgment and order affirmed, with costs. All concurred.

Louis H. Chapman, Respondent, v. James C. Fargo, as President of the American Express Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented upon the ground that the verdict is entirely speculative and not based upon sufficient competent evidence of damages.

Leoria H. Hall, Respondent, v. Federal Telephone and Telegraph Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

---

* See Consol. Laws, chap. 31 (Laws of 1909, chap. 36), art. 14, as amd. by Laws of 1910, chap. 352.— [REP.